IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL DAVID STORMAN, | | |
| Plaintiff, | | No. CIV S-07-2113 FCD JFM PS |
| vs. | | |
| THE U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, et al., | | |
| Defendants. | | ORDER |
| _____/ | | |

Plaintiff is proceeding in this action pro se. Plaintiff seeks to proceed in forma pauperis. 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302(c)(21).

Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

The complaint states a cognizable claim for relief pursuant to 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis is granted;

1  2. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed October 9, 2007.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. One completed summons;

    b. One completed USM-285 form for each defendant named in the complaint; and

    c. Four copies of the endorsed complaint filed October 9, 2007.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without prepayment of costs.

5. Failure to comply with this order may result in a recommendation that this action be dismissed.

DATED: October 30, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/001; storman.ifp

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  MICHAEL DAVID STORMAN,
11            Plaintiff,                 No. CIV S-07-2113 FCD JFM PS
12       vs.
13
    THE U.S. DEPARTMENT OF
14  HEALTH & HUMAN SERVICES, et al.,     NOTICE OF SUBMISSION
15            Defendants.                   OF DOCUMENTS
16  _____/
17            Plaintiff hereby submits the following documents in compliance with the court's
18  order filed _____:
19            _____    completed summons form
20            _____    completed USM-285 forms
21            _____    copies of the complaint
22  DATED:
23
24
25                                              _____
                                                Plaintiff
26