IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DAVID STORMAN,

    Plaintiff,                    No. CIV S-07-2113 FCD JFM PS

    vs.

THE U.S. DEPARTMENT OF
HEALTH & HUMAN SERVICES,       ORDER
et al.,

    Defendants.

        Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915. On January 3, 2008, plaintiff wrote the court seeking clarification of this court's December 19, 2007 order setting status conference. Plaintiff contends that this matter should not be set for trial as the nature of the case requires that the dispute be resolved on the papers.

        Plaintiff is advised that this case has not been set for trial, but has been set for status conference for the purpose of setting a schedule for the processing of this case. Plaintiff is required to attend the April 24, 2008 status conference and to comply with the December 19, 2007 order. IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: January 17, 2008.

1  001; storman.inf