IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DAVID STORMAN,

       Plaintiff,              No. CIV S-07-2113 FCD JFM PS

   vs.

THE U.S. DEPARTMENT OF
HEALTH & HUMAN SERVICES,
et al.,

       Defendants.        <u>ORDER</u>

_____/

       Plaintiff has moved for appointment of counsel and has completed forms to obtain counsel through the <u>Bradshaw</u> panel, citing <u>Bradshaw v. Zoological Soc. of San Diego</u>, 662 F.2d 1301 (9th Cir. 1981).  Pursuant to Local Rule 78-230(h), the court finds the matter suitable for disposition without argument, on the record and plaintiff's motion and supporting documents on file.

       In the complaint filed October 9, 2007, plaintiff alleges defendants have violated his constitutional rights by denying coverage of Viagra as a prescription drug because it discriminates against the male gender and the disabled.  Plaintiff filed appeals within the Department of Health and Human Services.

/////

1

However, the Bradshaw case was an employment discrimination case brought under Title VII, 42 U.S.C. § 2000e et seq. Accordingly, the Bradshaw panel was established for attorneys specializing in employment discrimination cases. Because plaintiff's allegations do not fall within Title VII, the court cannot appoint counsel pursuant to 42 U.S.C. § 2000e-5(f)(1)(B).

Accordingly, IT IS HEREBY ORDERED that plaintiff's January 23, 2008 motion for the appointment of counsel is denied.

DATED: January 24, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

001; storman.31

2