IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DAVID STORMAN,

    Plaintiff,　　　　　　　　　No. CIV S-07-2113 FCD JFM PS

    vs.

THE U.S. DEPARTMENT OF
HEALTH & HUMAN SERVICES,
et al.,

    Defendants.　　　　　　　　ORDER

_____/

        On January 31, 2008, plaintiff filed a request for entry of default based on defendants' alleged failure to timely appear in this action. On February 5, 2008, plaintiff filed a motion for summary judgment based on defendants' failure to answer the complaint. On February 7, 2008, the federal defendant filed an objection to plaintiff's request and motion. Defendant correctly points out that defendant's responsive pleading is not due until March 18, 2008. Fed. R. Civ. P. 12(a)(2).

        Accordingly, plaintiff's request for default and motion for summary judgment are premature and will be denied without prejudice.

1

1    IT IS HEREBY ORDERED that plaintiff's January 31, 2008 request for entry of
2 default (docket no. 18) and February 5, 2008 motion for summary judgment (docket no. 19) are
3 denied without prejudice.
4 DATED: February 13, 2008.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

001; storman.pre