IN THE UNITED asks DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL D. STORMAN,

    Plaintiff,                                  No. CIV S-07-2113 GEB GGH PS

    vs.

U.S. DEPT. OF HEALTH AND HUMAN             ORDER
SERVICES, et al.,

    Defendants.

_____/

        By letter filed March 12, 2008, plaintiff has withdrawn his March 4, 2008 request for dismissal of this action; accordingly, the court deems the request withdrawn. Consequently, the statements of non-opposition to plaintiff's request filed March 11, 2008, by the U.S. Department of Health and Human Services, and March 13, 2008, by the California Department of Health Care Services will be disregarded.

        On March 18, 2008, the U.S. Department of Health and Human Services filed its Answer to the complaint, and a copy of the administrative record. The time within which the California Department of Health Care Services may file its answer shall be extended to ten days after the filing date of this order.

        The Clerk of Court is directed to serve upon all parties the undersigned's "Order

1

1 Requiring Timely Service and Joint Status Report," which shall supersede the "Order Setting
2 Status Conference" filed December 19, 2007.
3       So ordered.
4 DATED: 03/28/08                     /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

7 GGH5:Storman2113.ord.wpd