1
2
3
4
5
6
7

8                         IN THE UNITED DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL D. STORMAN,

11          Plaintiff,                        No. CIV S-07-2113 GEB GGH PS

12      vs.

13   U.S. DEPT. OF HEALTH AND HUMAN              ORDER
     SERVICES, et al.,
14
            Defendants.
15
                                        /
16

17          For the reasons set forth below, the court submits for decision on the papers (1)

18   the motion to dismiss filed by the California Department of Health Services, (2) plaintiff's

19   motion for summary judgment, and (3) any cross-motion for summary judgment filed by

20   defendants.

21          Presently pending before this court is the California Department of Health

22   Services' ("CDHS") motion to dismiss filed April 11, 2008, opposed by plaintiff on April 15,

23   2008, and scheduled for hearing on May 15, 2008.  The court has reviewed the papers and

24   concludes that oral argument would not be of material assistance.  Accordingly, the hearing will

25   be vacated and the matter submitted for decision on the papers.

26   \\\\\

1

1  Previously pending before this court was plaintiff's motion for summary
2  judgment, filed April 15, 2008, vacated by minute order filed April 17, 2008, based on plaintiff's
3  failure to set a hearing date.  Pursuant to the parties' joint status report filed April 17, 2008,
4  plaintiff and defendant U.S. Department Health and Human Services ("HHS") had agreed they
5  would file cross-motions for summary judgment and submit the matter for decision on the
6  papers.  Consistent with this agreement, plaintiff explained, by memoranda filed April 18 and 21,
7  2008, that he is in poor health and not able easily to attend a court hearing.  Plaintiff requested
8  that his motion for summary judgment be reinstated and that both it and defendant HHS' cross-
9  motion for summary judgment be submitted for decision on the papers without oral argument.
10 Defendant HHS stated in the parties' joint status report that it did not object to plaintiff's request;
11 defendant CDHS did not take a position.  Plaintiff has waived the right to file a reply.

12  Accordingly, consistent with the dates proposed in the Joint Status Report, and
13 good cause having been shown, plaintiff's motion for summary judgment shall be reinstated
14 without a hearing date; defendants HHS and CDHS shall file and serve their oppositions and any
15 cross-motions by June 16, 2008.  The motion(s) for summary judgment will be submitted for
16 decision on the papers without oral argument.

17  One additional matter warrants comment.  Plaintiff complains that the
18 undersigned cannot be objective in this case due to an adverse ruling in <u>Storman v. California</u>
19 <u>Department of Health Services et al.</u>, Civ.S-06-2892 GGH GEB PS.  The cases were related by
20 order filed March 7, 2008, pursuant to E. D. Cal. L. R. 83-123, because the actions involve the
21 same parties and similar claims, specifically, plaintiff's challenges to Medicare and Medicaid
22 prescription drug coverage pursuant to his "dual eligibility" status.  Assignment to the same
23 magistrate judge and district judge effects a substantial savings of judicial resources.  There is no
24 basis for questioning the undersigned's objectivity.  Moreover, pragmatically speaking, plaintiff
25 cannot have it both ways – the court's docket demonstrates that plaintiff has, since 1996, filed at
26 least eleven other cases in this court, thus diminishing the possibility his cases will be assigned to

1  "new" magistrate judges and district judges.  Responsive to plaintiff's request this matter be
2  decided in the first instance by the district judge, the local rules provide that dispositive motions
3  in pro se cases first be referred to the magistrate judge.  E. D. Cal. L. R. 72-302(c)(21).  Plaintiff
4  will have a de novo review by the district judge after the undersigned issues findings and
5  recommendations.  28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b).

      Accordingly, for the foregoing reasons, IT IS HEREBY ORDERED that:

1. The motion to dismiss filed April 11, 2008, by the California Department of Health Services is submitted for decision on the papers; the hearing scheduled for May 15, 2008, is vacated;

2. Plaintiff's motion for summary judgment shall be reinstated without a hearing date, effective April 15, 2008; defendants shall file and serve their oppositions and any cross-motions by June 16, 2008, and shall not provide a hearing date; these motions shall be submitted for decision on the papers without oral argument, effective June 16, 2008.

      So ordered.

DATED: 04/29/08                       /s/ Gregory G. Hollows
                                    UNITED STATES MAGISTRATE JUDGE

GGH5:Storman2113.sub