IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL D. STORMAN,

        Plaintiff,                         2:07-cv-2113-GEB-GGH-PS

    vs.

U.S. DEPT OF HEALTH AND
HUMAN SERVICES, CALIFORNIA
DEPARTMENT OF HEALTH CARE
SERVICES,

        Defendants.                      ORDER
_____/

        On February 5, 2009, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

1

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed February 5, 2009, are ADOPTED;

2. The motion to dismiss filed by defendant CDHCS on April 11, 2008, is granted;

3. The motion for summary judgment filed by plaintiff on April 15, 2008, is denied;

4. The cross-motion for summary judgment filed by defendant CDHCS on June 16, 2008, is granted;

5. The cross-motion filed by defendant DHHS on June 16, 2008 is granted; and

6. This action is dismissed with prejudice and judgment is entered in favor of defendants.

Dated: March 10, 2009

GARLAND E. BURRELL, JR.
United States District Judge